IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NOEL LONGORIA**                                                                                           **PLAINTIFF**

v.                              **CASE NO. 2:23-CV-00046-BSM**

**VICTORY DRIVEAWAY, INC.,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE